STATE OF CONNECTICUT *v.* MARK LEIGH
(14561)

Foti, Lavery and Schaller, Js.

Argued December 5, 1995—decision released January 9, 1996

*Robert G. Golger,* for the appellant (defendant).

*Richard F. Jacobson,* supervisory assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Gerard Eisenman,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgments are affirmed.